IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. |
| v. | 1:22-CR-00018-JPB-CMS-1 |
| CHAD CHRISTOPHER STARK | |

## **MOTION TO SUPPRESS EVIDENCE**

COMES NOW CHAD CHRISTOPHER STARK ("Mr. Stark"), by and through counsel, and files this motion to suppress evidence.

### 1.

On January 18, 2022, Mr. Stark was indicted for knowingly communicating a threat to injure another person in interstate commerce in violation of 18 U.S.C. § 875(c). (Doc. 10).

### 2.

On January 21, 2022, Mr. Stark was arrested in the Western District of Texas. That same day, he made his initial appearance in district court in Austin, Texas and was released on bond. (Doc. 11).

### 3.

On February 4, 2022, Mr. Stark was arraigned in the Northern District of Georgia by video proceedings. He pled not guilty.

4.

During Mr. Stark's arrest, law enforcement searched his cell phone without a warrant. Law enforcement cannot search a cell phone without a warrant, including incident to an arrest. *Riley v. California*, 573 U.S. 373, 393 (2014).

5.

Counsel for Mr. Stark received a copy of a video of the search on Thursday, March 24, 2022.[1] A review of the video indicates that the government may rely on consent to justify the search.

6.

The government bears the burden of proving that consent was not a function of acquiescence to a claim of lawful authority, but rather was freely and voluntarily given. *Florida v. Royer*, 460 U.S. 491 (1983). This is a fact question which must be decided in light of the totality of the circumstances.

WHEREFORE, Mr. Stark requests:

(a)     that the Court issue an order setting this matter down for a pre-trial hearing at which time the government should be required to show cause why the relief sought by the Defendant should not be granted;

---

[1] Following the production of discovery, the pretrial motions deadline was set for March 25, 2022. Counsel seeks leave to file this motion beyond this deadline as he received the video late last week. The government will not be prejudiced by this short delay, as the pretrial conference is today, March 28.

(b)    that the Defendant be permitted to supplement this motion if necessary;

(c)    that the Court allow additional briefing on this issue following the hearing of evidence on this matter;

(d)    that the Court issue an order suppressing all unconstitutionally obtained evidence and any poisonous fruit and any reference thereto in the event this case goes to trial; and

(e)    that the Court grant such other relief as may be just under the circumstances of this case.

This 28th day of March, 2022.

Respectfully Submitted,

*/s/ Thomas L. Hawker*
THOMAS L. HAWKER
Georgia Bar No. 338670
Attorney for Chad Christopher Stark

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, NW
Atlanta, Georgia 30303
404-688-7530; F: 404-688-0768
Thomas_Hawker@fd.org