# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:22-cr-00018-JPB-CMS
### USA v. Stark
### Honorable Catherine M. Salinas

Minute Sheet for proceedings held In Open Court on 10/06/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 1:00 P.M. | |
| TIME COURT CONCLUDED: 2:02 P.M. | TAPE NUMBER: Zoom |
| TIME IN COURT: 1:02 | DEPUTY CLERK: Angela Smith |
| OFFICE LOCATION: Atlanta | |

| | |
|---|---|
| DEFENDANT(S): | [1]Chad Christopher Stark Present at proceedings |
| ATTORNEY(S) PRESENT: | Brent Gray representing USA |
| | Thomas Hawker representing Chad Christopher Stark |
| | Sean Mulryne representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Oral Argument Hearing); |
| MOTIONS RULED ON: | DFT#1-[23]Motion to Dismiss Indictment TAKEN UNDER ADVISEMENT |
| MINUTE TEXT: | Oral argument heard on the motion. The parties are to file a proposed order on the issue one week before the suppression hearing. |